IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LISA VAUGHN, BARBARA SCOLARO, JORDAN JAROSKY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRINK LMNT, INC., dba LMNT,<br><br>Defendant. | CV-25-52-BU-JTJ<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Terence R. Coates, Esq. to appear pro hac vice in this case with John Heenan, Esq., designated as local counsel. (Doc. 6.) The application of Mr. Coates appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motion to allow Mr. Coates to appear in this Court (Doc. 6) is GRANTED, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Coates must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Mr. Coates shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Coates, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Coates must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 22nd day of September 2025.

John Johnston
United States Magistrate Judge