IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LISA VAUGHN, BARBARA SCOLARO, JORDAN JAROSKY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DRINK LMNT, INC., dba LMNT,<br><br>Defendant. | CV-25-52-JTJ<br><br>ORDER |

      On October 3, 2025, Defendant Drink LMNT, Inc., (LMNT) filed a Motion to Dismiss in which they sought dismissal of Plaintiffs' Complaint. (Doc. 18). On October 21, 2025, the parties filed a Stipulation to Extend Plaintiffs' Time to Respond to Defendant's Motion to Dismiss. (Doc. 28). On October 31, 2025, Plaintiffs filed an Amended Complaint. (Doc. 30).

      Plaintiffs' Amended Complaint renders LMNT's Motion to Dismiss moot. An amended complaint supersedes the original complaint thereby becoming the operative pleading. *CDK Global LLC v. Brnovich*, 16 F. 4th 1266, 1274 (9th Cir. 2021). "When Plaintiff files an amended complaint as of right … the amended complaint becomes the operative pleading … any pending motion to dismiss

becomes moot." *Morgan v. LexisNexis Risk Solutions, Inc.*, 2025 WL 2986630 at *1 (E.D. Cal. Oct. 23, 2025).

Accordingly,

IT IS ORDERED that LMNT's Motion to Dismiss (Doc. 18) is DENIED as moot.

DATED this 6th day of November 2025.

John Johnston
United States Magistrate Judge